SUBMMG

# U.S. District Court
## Northern District of Georgia (Atlanta)
## CIVIL DOCKET FOR CASE #: 1:26-mi-00082-TWT-RDC

E.P v. G6 Hospitality, LLC et al
Assigned to: Judge Thomas W. Thrash, Jr
Referred to: Magistrate Judge Regina D Cannon
Case in other court: Eastern District of Texas, 4:24-cv-00216
Cause: FRCP 37(a) Motion to compel deposition testimony

Date Filed: 04/30/2026
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**E.P**  represented by  **Laura Frantz**
Jones Day-MI
150 West Jefferson Avenue
Suite 2100
Detroit, MI 48226
313-230-7949
Email: lfrantz@jonesday.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**G6 Hospitality, LLC**  represented by  **Craig S. Friedman**
Jones Day
Suite 400
1221 Peachtree Street, N.E.
Atlanta, GA 30361
404-581-3939
Email: csfriedman@jonesday.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristina Perez Soto**
Jones Day - Mi. FL
600 Brickell Ave, Ste 3300
Miami, FL 33131
305-714-9700
Fax: 305-714-9799
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**G6 Hospitality Property, LLC**  represented by  **Craig S. Friedman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristina Perez Soto**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Motel 6 Operating, L.P.**                    represented by   **Craig S. Friedman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cristina Perez Soto**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/30/2026 | 1 | MOTION to Compel and MOTION for Order to Show Cause by G6 Hospitality LLC, G6 Hospitality Property LLC and Motel 6 Operating L.P. (Attachments: # 1 Exhibit A - Perez Soto Declaration, # 2 Exhibit B - Plaintiff Deposition Excerpts, # 3 Civil Cover Sheet)(djs) Modified docket text on 5/4/2026 (ajw). Added MOTION for Order to Show Cause on 5/4/2026 (adg). (Entered: 05/04/2026) |
| 04/30/2026 | | Filing Fee Paid: $52, receipt number AGANDC-15203917 (djs) (Entered: 05/04/2026) |
| 04/30/2026 | | Submission of 1 MOTION to Compel and for Order to Show Cause, to Magistrate Judge Christopher C. Bly. (djs) (Entered: 05/04/2026) |
| 05/04/2026 | 2 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Cristina Perez Soto. Clerk to follow-up by 5/14/2026. (mh) (Entered: 05/04/2026) |
| 05/04/2026 | 3 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Laura Frantz. Clerk to follow-up by 5/14/2026. (mh) (Entered: 05/04/2026) |
| 05/04/2026 | 4 | PROVISIONALLY SEALED AFFIDAVIT in Support re 1 MOTION to Compel and for Order to Show Cause filed by G6 Hospitality LLC, G6 Hospitality Property LLC and Motel 6 Operating L.P. (Attachments: # 1 C - Millwood Deposition Excerpts)(Friedman, Craig) Modified docket text on 5/4/2026 (ajw). (Entered: 05/04/2026) |
| 05/04/2026 | 5 | MOTION for Leave to File Matters Under Seal re: 4 Affidavit in Support of Motion with Brief In Support by G6 Hospitality LLC, G6 Hospitality Property LLC and Motel 6 Operating L.P. (Attachments: # 1 Text of Proposed Order)(Friedman, Craig) Modified docket text on 5/4/2026 (ajw). (Entered: 05/04/2026) |
| 05/04/2026 | 6 | ORDER OF RECUSAL. Magistrate Judge Christopher C. Bly recused. Case referred to Magistrate Judge Regina D Cannon for all further proceedings NOTICE TO ALL COUNSEL OF RECORD: The Judge designation in the civil action number assigned to this case has been changed to 1:26-mi-82-TWT-RDC. Please make note of this change in order to facilitate the docketing of pleadings in this case. Signed by Magistrate Judge Christopher C. Bly on 5/4/2026. (adg) (Entered: 05/04/2026) |
| 05/04/2026 | | Submission of 1 MOTION to Compel, MOTION for Order to Show Cause, to Magistrate Judge Regina D Cannon. (adg) (Entered: 05/04/2026) |

| 05/05/2026 | 7 | APPLICATION for Admission of Ana Maria Cristina Perez Soto Pro Hac Vice (Application fee $ 100, receipt number AGANDC-15215494).by G6 Hospitality Property, LLC, G6 Hospitality, LLC, Motel 6 Operating, L.P.. (Friedman, Craig) Documents for this entry are not available for viewing outside the courthouse. (Entered: 05/05/2026) |
|---|---|---|

### PACER Service Center

#### Transaction Receipt

05/05/2026 15:53:19

| PACER Login: | jonstonge | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 1:26-mi-00082-TWT-RDC |
| Billable Pages: | 2 | Cost: | 0.20 |