**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

E.P,

    Plaintiff,

v.

G6 HOSPITALITY, LLC; G6
HOSPITALITY PROPERTY, LLC;
MOTEL 6 OPERATING, L.P.,

    Defendants.

CIVIL ACTION FILE
NO. 1:26-mi-00082-TWT-RDC

**[PROPOSED]**
**ORDER**

Before the Court is Plaintiff's Emergency Motion for Protective Order. The Court finds that the privacy and safety interests of A.M., a third-party witness identified as a victims of sex trafficking, outweigh the public's interest in knowing A.M.'s identity. Thus, the motion is **GRANTED.**

The Court ORDERS that all materials, documents, pleadings, exhibits, and evidence of any kind filed in this case shall refer to the witness as A.M., with no other additional identifying information and shall do the same for any referenced family members of A.M. The Court further ORDERS that any references to A.M.'s identifying information should be removed from the public docket (including reference to her last name in Dkt. No. 4); and that the parties must immediately move

2

the Court to seal any other documents or materials with references to A.M.'s identifying information already filed on the docket.

SO ORDERED this _____ day of _____, 2026.

_____
Thomas W. Thrash, Jr.
United State District Judge

2