# EXHIBIT B

| | |
|---|---|
| **From:** | Thackston, Jacob J. |
| **Sent:** | Thursday, April 30, 2026 2:13 PM |
| **To:** | Jonathan S. Tonge; Pat McDonough |
| **Cc:** | Jennifer M. Webster; David Bouchard; Oto Ekpo; Melissa Millen; Nicole Archambault; Cercone, Kristina Katz; Perez Soto, Cristina; Frantz, Laura; Clopton, Andrew J.; Tomlinson, William |
| **Subject:** | Motion to Compel and for Order to Show Cause |
| **Attachments:** | Motion to Compel and for Order to Show Cause.pdf; Memorandum ISO Motion.pdf; Exhibit A - Declaration of Ana Maria Cristina Perez Soto.pdf; Exhibit B - E.P. Deposition Excerpts.pdf; Exhibit C - Millwood Deposition Excerpts.pdf; Motion to Seal.pdf; Proposed Order on Motion to Seal.pdf |

Jon, Patrick,

Please see attached for copies of our Motion to Compel and for Order to Show Cause and associated filings. We will follow up with file-stamped copies when they are available.

Best,

Jacob Thackston
Associate
**JONES DAY® - One Firm Worldwide®**
901 Lakeside Avenue
Cleveland, OH 44114-1190
Phone +1.216.586.7263

1