# EXHIBIT C

| | |
|---|---|
| **From:** | Jonathan S. Tonge <jtonge@atclawfirm.com> |
| **Sent:** | Monday, May 4, 2026 11:45 AM |
| **To:** | Thackston, Jacob J.; Pat McDonough |
| **Cc:** | Jennifer M. Webster; David Bouchard; Oto Ekpo; Melissa Millen; Nicole Archambault; Cercone, Kristina Katz; Perez Soto, Cristina; Frantz, Laura; Clopton, Andrew J.; Tomlinson, William |
| **Subject:** | RE: Motion to Compel and for Order to Show Cause |

**This Message Is From an External Sender**

If you are concerned about the message's content, highlight the email in your inbox and click "Report Suspicious" in the Outlook ribbon -or- contact 6Help.

Report Suspicious

Hey guys – Looking at this, I don't see a motion for anonymity. I assume that you are not planning on filing anything publicly identifying a minor victim of sex trafficking who was at your client's hotel?

**Jonathan S. Tonge**
**Partner**

Tel:   770-822-0900
Fax:   770-236-9784
Email: jtonge@atclawfirm.com

**ANDERSEN | TATE | CARR**
A FULL SERVICE GEORGIA LAW FIRM

**From:** Thackston, Jacob J. <jthackston@jonesday.com>
**Sent:** Thursday, April 30, 2026 2:13 PM
**To:** Jonathan S. Tonge <jtonge@atclawfirm.com>; Pat McDonough <pmcdonough@atclawfirm.com>
**Cc:** Jennifer M. Webster <jwebster@atclawfirm.com>; David Bouchard <david@finchmccranie.com>; Oto Ekpo <oto@finchmccranie.com>; Melissa Millen <mmillen@finchmccranie.com>; Nicole Archambault <narchambault@finchmccranie.com>; Cercone, Kristina Katz <kcercone@jonesday.com>; Perez Soto, Cristina <cperezsoto@jonesday.com>; Frantz, Laura <lfrantz@jonesday.com>; Clopton, Andrew J. <aclopton@jonesday.com>; Tomlinson, William <wtomlinson@jonesday.com>
**Subject:** Motion to Compel and for Order to Show Cause

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Jon, Patrick,

Please see attached for copies of our Motion to Compel and for Order to Show Cause and associated filings. We will follow up with file-stamped copies when they are available.

Best,

Jacob Thackston

1

Associate
**JONES DAY® - One Firm Worldwide®**
901 Lakeside Avenue
Cleveland, OH 44114-1190
Phone +1.216.586.7263

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***