# EXHIBIT D

**From:**        Jonathan S. Tonge <jtonge@atclawfirm.com>
**Sent:**        Wednesday, May 6, 2026 5:28 PM
**To:**        Thackston, Jacob J.; Pat McDonough
**Cc:**        Jennifer M. Webster; David Bouchard; Oto Ekpo; Melissa Millen; Nicole Archambault; Cercone, Kristina Katz; Perez Soto, Cristina; Frantz, Laura; Clopton, Andrew J.; Tomlinson, William; Friedman, Craig S.
**Subject:**        RE: Motion to Compel and for Order to Show Cause

---

**This Message Is From an External Sender**

If you are concerned about the message's content, highlight the email in your inbox and click "Report Suspicious" in the Outlook ribbon -or- contact 6Help.

Report Suspicious

---

Hey Jacob, I would love to confer about a PO that protects A.M. and witnesses in the Texas case. When are you available?

**Jonathan S. Tonge**
**Partner**

Tel:    770-822-0900
Fax:   770-236-9784
Email: jtonge@atclawfirm.com

**ANDERSEN | TATE | CARR**
A FULL SERVICE GEORGIA LAW FIRM

---

**From:** Thackston, Jacob J. <jthackston@jonesday.com>
**Sent:** Tuesday, May 5, 2026 2:29 PM
**To:** Jonathan S. Tonge <jtonge@atclawfirm.com>; Pat McDonough <pmcdonough@atclawfirm.com>
**Cc:** Jennifer M. Webster <jwebster@atclawfirm.com>; David Bouchard <david@finchmccranie.com>; Oto Ekpo <oto@finchmccranie.com>; Melissa Millen <mmillen@finchmccranie.com>; Nicole Archambault <narchambault@finchmccranie.com>; Cercone, Kristina Katz <kcercone@jonesday.com>; Perez Soto, Cristina <cperezsoto@jonesday.com>; Frantz, Laura <lfrantz@jonesday.com>; Clopton, Andrew J. <aclopton@jonesday.com>; Tomlinson, William <wtomlinson@jonesday.com>; Friedman, Craig S. <csfriedman@jonesday.com>
**Subject:** RE: Motion to Compel and for Order to Show Cause

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Mr. Tonge,

We're not aware of any lawsuit filed by ███████ against our clients or others. Can you please provide the docket number and court where such claims are pending?

Also, this is the first time that you have taken the position that ███████'s identity warrants protection. For example, your own co-counsel de-designated E.P.'s testimony identifying ███████ (*see* 4/28/26 Email

1

from D. Bouchard), and ███████████'s declaration that you put at issue in this litigation was not designated as confidential pursuant to the protective order in E.P.'s case (*see* EP-9989-91). Nor did you ever move for a protective order or even request anonymity with respect to ██████████ or other third parties in this litigation. And ███████████'s name appears elsewhere in publicly filed briefs and exhibits—including one filed with your own signature block.

Therefore, we do not believe further redaction is necessary under the protective order. But we are of course happy to meet and confer if you now take a different position.

Best,

Jacob Thackston
Associate
**JONES DAY® - One Firm Worldwide®**
901 Lakeside Avenue
Cleveland, OH 44114-1190
Phone +1.216.586.7263

---

**From:** Jonathan S. Tonge <jtonge@atclawfirm.com>
**Sent:** Monday, May 4, 2026 2:46 PM
**To:** Thackston, Jacob J. <jthackston@jonesday.com>; Pat McDonough <pmcdonough@atclawfirm.com>
**Cc:** Jennifer M. Webster <jwebster@atclawfirm.com>; David Bouchard <david@finchmccranie.com>; Oto Ekpo <oto@finchmccranie.com>; Melissa Millen <mmillen@finchmccranie.com>; Nicole Archambault <narchambault@finchmccranie.com>; Cercone, Kristina Katz <kcercone@jonesday.com>; Perez Soto, Cristina <cperezsoto@jonesday.com>; Frantz, Laura <lfrantz@jonesday.com>; Clopton, Andrew J. <aclopton@jonesday.com>; Tomlinson, William <wtomlinson@jonesday.com>; Friedman, Craig S. <csfriedman@jonesday.com>
**Subject:** RE: Motion to Compel and for Order to Show Cause

Yes, ███████████'s name should be pseudonymous. She was sold for sex as a 15 year old at your client's hotel, has claims against your client, and you just put her name out there publicly.

That should not happen. Please fix it.

---

**Jonathan S. Tonge**
**Partner**

Tel:   770-822-0900
Fax:   770-236-9784
Email: jtonge@atclawfirm.com

**ANDERSEN | TATE | CARR**
A FULL SERVICE GEORGIA LAW FIRM

---

**From:** Thackston, Jacob J. <jthackston@jonesday.com>
**Sent:** Monday, May 4, 2026 2:41 PM
**To:** Jonathan S. Tonge <jtonge@atclawfirm.com>; Pat McDonough <pmcdonough@atclawfirm.com>
**Cc:** Jennifer M. Webster <jwebster@atclawfirm.com>; David Bouchard <david@finchmccranie.com>; Oto Ekpo <oto@finchmccranie.com>; Melissa Millen <mmillen@finchmccranie.com>; Nicole Archambault <narchambault@finchmccranie.com>; Cercone, Kristina Katz <kcercone@jonesday.com>; Perez Soto, Cristina <cperezsoto@jonesday.com>; Frantz, Laura <lfrantz@jonesday.com>; Clopton, Andrew J. <aclopton@jonesday.com>; Tomlinson, William <wtomlinson@jonesday.com>; Friedman, Craig S. <csfriedman@jonesday.com>
**Subject:** RE: Motion to Compel and for Order to Show Cause

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Counsel,

As discussed, attached are the file-stamped copies of the briefing on our motion to compel, excluding those documents filed under seal, which are not yet accessible to counsel via the Court's website.  We are in receipt of Mr. Tonge's email from this morning regarding what was filed on the public docket.  We note that our motion to seal was included in the filings and confirm that Plaintiff's true identity has not been made public.  If you believe there is anything in these documents that should have been redacted that was not, please identify for us so that we can correct it if necessary.

Best,

Jacob Thackston
Associate
**JONES DAY® - One Firm Worldwide®**
901 Lakeside Avenue
Cleveland, OH 44114-1190
Phone +1.216.586.7263

---

**From:** Thackston, Jacob J. <jthackston@jonesday.com>
**Sent:** Thursday, April 30, 2026 2:13 PM
**To:** Jonathan S. Tonge <jtonge@atclawfirm.com>; Pat McDonough <pmcdonough@atclawfirm.com>
**Cc:** Jennifer M. Webster <jwebster@atclawfirm.com>; David Bouchard <david@finchmccranie.com>; Oto Ekpo <oto@finchmccranie.com>; Melissa Millen <mmillen@finchmccranie.com>; Nicole Archambault <narchambault@finchmccranie.com>; Cercone, Kristina Katz <kcercone@jonesday.com>; Perez Soto, Cristina <cperezsoto@jonesday.com>; Frantz, Laura <lfrantz@jonesday.com>; Clopton, Andrew J. <aclopton@jonesday.com>; Tomlinson, William <wtomlinson@jonesday.com>
**Subject:** Motion to Compel and for Order to Show Cause

Jon, Patrick,

Please see attached for copies of our Motion to Compel and for Order to Show Cause and associated filings. We will follow up with file-stamped copies when they are available.

Best,

Jacob Thackston
Associate
**JONES DAY® - One Firm Worldwide®**
901 Lakeside Avenue
Cleveland, OH 44114-1190
Phone +1.216.586.7263

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***
***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***