# EXHIBIT E

**From:**      UPS <pkginfo@ups.com>
**Sent:**      Friday, May 1, 2026 10:02 AM
**To:**        Thackston, Jacob J.
**Subject:**   UPS Delivery Notification, Tracking Number 1Z4X44370194082224

**This Message Is From an External Sender**

If you are concerned about the message's content, highlight the email in your inbox and click "Report Suspicious" in the Outlook ribbon -or- contact 6Help.

Report Suspicious



## Hello, your package has been delivered.

**Delivery Date:**   Friday, 05/01/2026
**Delivery Time:**   10:00 AM
**Signed by:**   STEWARD

## JONES DAY – CLEVELAND

| | |
|---|---|
| **Tracking Number:** | 1Z4X44370194082224 |
| **Ship To:** | ANDERSEN, TATE & CARR, PC<br>1960 SATELLITE BLVD<br>STE 4000<br>DULUTH, GA 300974128<br>US |
| **Number of Packages:** | 1 |
| **UPS Service:** | UPS Next Day Air® |
| **Package Weight:** | 2.0 LBS |
| **Reference Number:** | 106215–000065 |
| **Reference Number:** | JP033827 |

### Discover more about UPS:

Visit www.ups.com
Sign Up For Additional E-Mail From UPS
Read Compass Online

© 2026 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email. UPS will not receive any reply message.

**Review the UPS Privacy Notice**

**For Questions, Visit Our Help and Support Center**