**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |
|---|---|
| E.P. <br><br>     *Plaintiff*, <br><br> v. <br><br> G6 Hospitality, LLC; <br> G6 Hospitality Property, LLC; <br> Motel 6 Operating, L.P., <br><br>     *Defendants*. | Case No. 1:26-mi-00082-TWT-RDC |

**G6 DEFENDANTS' UNOPPOSED MOTION TO
FILE DOCUMENTS UNDER SEAL AND BRIEF IN SUPPORT**

Pursuant to Federal Rule of Civil Procedure 5.2(d), and as required by the applicable Protective Order in the underlying case, *E.P. v. G6 Hosp., LLC, et al.*, 4:24-cv-00216, Dkt. 53 (E.D. Tex. May 1, 2025), Defendants G6 Hospitality LLC, G6 Hospitality Property LLC, and Motel 6 Operating L.P. (collectively "G6 Defendants") respectfully move to file under seal Exhibit A to their Response to Plaintiff's and Witness's Emergency Motion for Protective Order. In support of this Motion to Seal, the G6 Defendants state as follows:

1.     On May 1, 2025, the Court in the underlying case entered an Amended Protective Order ("PO") to facilitate the exchange of confidential information in this case. Dkt. 53.

2.     The PO protects "Plaintiff's Identity," defined as "(i) names and aliases

1

used by Plaintiff at any time; (ii) Plaintiff's date of birth; (iii) Plaintiff's social security number; (iv) Plaintiff's current and prior residential addresses; (v) Plaintiff's phone numbers and social media or online user account names; (vi) Plaintiff's likeness; and (vii) the names of Plaintiff's biological or adoptive parents, and biological siblings." *Id.* § I(D).

3. The PO also protects "Confidential Information," defined as "Discovery Material (regardless of how it is generated, stored or maintained) or tangible things that contain: (i) potentially sensitive personal identifying or financial information, including but not limited to, dates of birth, social security numbers, phone numbers, employment histories, or credit card information; (ii) any trade secret, confidential research, development, commercial, or competitively sensitive information, as such terms are used in Rule 26(c)(1)(G) of the Federal Rules of Civil Procedure; (iii) any material prohibited from disclosure by statute or Court Order but is nonetheless discoverable" *Id.* § I(E). Discovery Material that is designated "CONFIDENTIAL" is considered "Protected Material" under the PO. *Id.* § I(M).

4. The PO requires that "in any public filing" in this case, the "Parties will either redact Plaintiff's Identity or use the pseudonym 'E.P.'" and states that "[a]ny party is authorized to seek leave to file under seal . . . any brief, document, or materials that are designated as Protected Material or containing Plaintiff's Identity." *Id.* § VI(A), VIII(B).

2

5. The G6 Defendants now file a Response to Plaintiff's and Witness's Emergency Motion for Protective Order, which attaches as an exhibit (Exhibit A) excerpts from the transcript of Respondent's deposition, which has been designated "CONFIDENTIAL" under the PO.

6. Accordingly, to comply with the PO in this case, the G6 Defendants request that the Court allow the G6 Defendants to file Exhibit A, which is Confidential Discovery Material, under seal.

7. Plaintiff does not oppose this request.

WHEREFORE, the G6 Defendants respectfully request that the Court grant this Motion and Order that Exhibit A, which is Confidential Discovery Material, be filed under seal.

Respectfully submitted this 7th day of May, 2026.

By:   */s/ Craig S. Friedman*

Craig S. Friedman
JONES DAY
1221 Peachtree St., N.E. Suite 400
Atlanta, GA 30361
T: 404.521.3939
F: 404.581.8330
csfriedman@jonesday.com

Ana Maria Cristina Perez Soto
(*pro hac vice* pending)
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, FL 33131
T: 305.714.9700
F: 305.714.9799
cperezsoto@jonesday.com

Laura Frantz
(*pro hac vice* pending)
JONES DAY
150 W. Jefferson Ave., Suite 2100
Detroit, MI 48226
T: 313.739.3939
F: 313.230.7997
lfrantz@jonesday.com

*Counsel for Defendants G6 Hospitality LLC,
G6 Hospitality Property LLC, and Motel 6 Operating L.P.*

4

5

## CERTIFICATE OF COMPLIANCE

Under Local Rule 7.1(D), I hereby certify that the foregoing filing complies

with the applicable font type and size requirements and is formatted in Times New

Roman 14-point font.

*/s/ Craig S. Friedman*
Craig S. Friedman

5

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2026, I caused the foregoing document to be electronically filed using the CM/ECF system, which will send a notice of electronic filing to all counsel or parties of record.

*/s/ Craig S. Friedman*
Craig S. Friedman